FILED
March 29, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )    Case No. 2:06-cr-107 FCD
            Plaintiff,            )
v.                                )    ORDER FOR RELEASE OF
                                  )    PERSON IN CUSTODY
Melodi Fae Harris,                )
                                  )
_____)
            Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Melodi Fae Harris Case No. 2:06-cr-107 FCD _ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X     $25,000 Unsecured Appearance Bond

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X     (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/29/06 at 2:20 p.m.

By _____
   Kimberly J. Mueller
   United States Magistrate Judge