DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI  FAE HARRIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| MELODI FAE HARRIS, ) | |
| ) | Date: May 22, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell |


IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of April 17, 2006 shall be vacated and a status conference be set for May 22, 2006 at 9:30 a.m.

This continuance is requested because defense counsel needs additional time to prepare, to review discovery, to discuss the discovery with Ms. Harris, and to determine what investigation must be done.  Defense counsel received a significant amount of discovery earlier this week.

1    Accordingly, all counsel and the defendant agree that time under

2  the Speedy Trial Act from the date this stipulation is lodged, through

3  May 22, 2006, should be excluded in computing the time within which

4  trial must commence under the Speedy Trial Act, pursuant to Title 18

5  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

6  DATED: April 13, 2006.                    Respectfully submitted,

7                                            DANIEL J. BRODERICK
                                             Acting Federal Defender
8

9                                            /s/ RACHELLE BARBOUR
10                                           RACHELLE BARBOUR
                                             Assistant Federal Defender
11

12                                           McGREGOR SCOTT
                                             United States Attorney
13

14
   DATED: April 13, 2006.                    /s/ RACHELLE BARBOUR for
15                                           MATHEW STEGMAN
                                             Assistant U.S. Attorney
16                                           Attorney for Plaintiff

17

18  _____ **O R D E R**

19      **IT IS SO ORDERED.**

20
   DATED: April 13, 2006                    ___/s/ Frank C. Damrell Jr.___
21                                           FRANK C. DAMRELL JR.
                                             United States District Judge
22

23

24

25

26

27

28