DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI  FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br>                                   )<br>MELODI FAE HARRIS,                 )<br>                                   )<br>            Defendant.             )<br>_____)  | NO. CR.S-06-107-FCD<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: June 19, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of May 22, 2006 shall be vacated and a status conference be set for June 19, 2006 at 9:30 a.m.

    This continuance is requested because defense counsel needs additional time to prepare, to review discovery, to discuss the discovery with Ms. Harris, and to determine what investigation must be done.  Defense counsel has received a significant amount of discovery.

    Accordingly, all counsel and the defendant agree that time under

1  the Speedy Trial Act from the date this stipulation is lodged, through
2  June 19, 2006, should be excluded in computing the time within which
3  trial must commence under the Speedy Trial Act, pursuant to Title 18
4  U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

5  DATED: May 18, 2006.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Acting Federal Defender


                                           /s/ RACHELLE BARBOUR
                                           RACHELLE BARBOUR
                                           Assistant Federal Defender


                                           McGREGOR SCOTT
                                           United States Attorney


   DATED: May 18, 2006.                    /s/ RACHELLE BARBOUR for
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


                                **O R D E R**

   **IT IS SO ORDERED.**

   DATED: May 18, 2006                     /s/ Frank C. Damrell Jr.
                                           FRANK C. DAMRELL JR.
                                           United States District Judge