DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI  FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    ) | NO. CR.S-06-107-FCD |
|         Plaintiff,                 ) | |
|                                    ) | |
|     v.                             ) | |
|                                    ) | **STIPULATION AND ORDER;** |
|                                    ) | **EXCLUSION OF TIME** |
|                                    ) | |
| MELODI FAE HARRIS,                 ) | |
|                                    ) | Date: July 24, 2006 |
|         Defendant.                 ) | Time: 9:30 a.m. |
| _____    ) | Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of July 24, 2006 shall be vacated and a status conference be set for August 28, 2006 at 9:30 a.m.

   This continuance is requested because defense counsel needs additional time to prepare, to review discovery, to discuss the discovery with Ms. Harris, and to determine what investigation must be done.  Defense counsel has received a significant amount of discovery.

      Accordingly, all counsel and the defendant agree that time under

the Speedy Trial Act from the date this stipulation is lodged, through June 19, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 21, 2006.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender


                                         McGREGOR SCOTT
                                         United States Attorney


DATED: July 21, 2006.                    /s/ RACHELLE BARBOUR for
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: July 21, 2006

                                         /s/ Frank C. Damrell Jr.
                                         FRANK C. DAMRELL JR.
                                         United States District Judge

2