1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>    v.                       )<br>                             )<br>                             )<br>                             )<br>MELODI FAE HARRIS,           )<br>                             )<br>            Defendant.       )<br>_____ )| NO. CR.S-06-107-FCD<br><br><br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: October 16, 2006<br>Time: 9:30 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of August 28, 2006 shall be vacated and a status conference be set for October 16, 2006 at 9:30 a.m.

    This continuance is requested because defense counsel needs additional time to prepare, to review discovery, to discuss the discovery with Ms. Harris, and to conduct investigation.

    Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

October 16, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: August 24, 2006.          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender


                                 McGREGOR SCOTT
                                 United States Attorney


DATED: August 24, 2006.          /s/ RACHELLE BARBOUR for
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: August 25, 2006           /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL JR.
                                 United States District Judge

2