DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER;** |
| ) | **EXCLUSION OF TIME** |
| ) | |
| MELODI FAE HARRIS, ) | |
| ) | Date: November 27, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing date of October 16, 2006 shall be vacated and a status conference be set for November 27, 2006 at 9:30 a.m.

This continuance is requested because defense counsel needs additional time to prepare, to review discovery, to discuss the discovery with Ms. Harris, and to conduct investigation.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through

November 27, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: October 13, 2006.                Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: October 13, 2006.                /s/ RACHELLE BARBOUR for
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: October 16, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge

2