DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER EXTENDING** |
| ) | **MOTIONS AND HEARING DATES;** |
| ) | **EXCLUSION OF TIME** |
| MELODI FAE HARRIS, ) | |
| ) | |
| Defendant. ) | Date: April 2, 2007 |
| _____ ) | Time: 10:00 a.m. |
| | Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the pending motions schedule be extended and that the hearing date currently set for March 5, 2007 be continued to April 2, 2007 at 10:00 a.m.

   This continuance is requested because defense counsel needs additional time to investigate and prepare pretrial motions in this case.  The requested new motions schedule is:

   Defendant's motions due February 19, 2007

Government's opposition due March 19, 2007

Defendant's reply due March 26, 2007

Non-evidentiary hearing: April 2, 2007 at 10:00 a.m.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 2, 2007, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(1)(F) and (h)(8)(B)(iv) and Local Codes E and T4 (preparation of counsel and pendency of motions).

DATED:   January 19, 2007                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender


                                             /s/ RACHELLE BARBOUR
                                             RACHELLE BARBOUR
                                             Assistant Federal Defender


                                             McGREGOR SCOTT
                                             United States Attorney


DATED: January 19, 2007                      /s/ RACHELLE BARBOUR for
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff



**IT IS SO ORDERED.**

DATED: January 19, 2007

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE