1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MELODI FAE HARRIS
6

7
                 IN THE UNITED STATES DISTRICT COURT
8
               FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,        )
11                                   )  NO. CR.S-06-107-FCD
                      Plaintiff,     )
12                                   )
          v.                         )
13                                   )  **STIPULATION AND ORDER EXTENDING**
                                     )  **MOTIONS AND HEARING DATES;**
14                                   )  **EXCLUSION OF TIME**
   MELODI FAE HARRIS,                )
15                                   )
                      Defendant.     )  Date: May 29, 2007
16 _____  )  Time: 10:00 a.m.
                                        Judge: Hon. Frank C. Damrell Jr.
17

18
          IT IS HEREBY STIPULATED by and between the parties hereto through
19
   their respective counsel, MATTHEW STEGMAN, Assistant United States
20
   Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant
21
   Federal Defender, that the pending motions schedule be extended and
22
   that the hearing date currently set for April 2, 2007 be continued to
23
   May 29, 2007 at 10:00 a.m.
24
          This continuance is requested because defense counsel needs
25
   additional time to investigate and prepare pretrial motions in this
26
   case.  The requested new motions schedule is:
27
          Defendant's motions due April 16, 2007
28

1    Government's opposition due May 14, 2007

2    Defendant's reply due May 21, 2007

3    Non-evidentiary hearing: May 29, 2007 at 10:00 a.m.

4    Accordingly, counsel agree that time under the Speedy Trial Act

5 from the date this stipulation is lodged, through May 29, 2007, should

6 be excluded in computing the time within which trial must commence

7 under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(1)(F)

8 and (h)(8)(B)(iv) and Local Codes E and T4 (preparation of counsel and

9 pendency of motions).

10 DATED:   February 21, 2007                Respectfully submitted,

11                                          DANIEL J. BRODERICK
                                           Federal Defender
12

13                                          /s/ RACHELLE BARBOUR
14                                          RACHELLE BARBOUR
                                           Assistant Federal Defender
15

16                                          McGREGOR SCOTT
                                           United States Attorney
17

18
   DATED: February 21, 2007                /s/ RACHELLE BARBOUR for
19                                          MATTHEW STEGMAN
                                           Assistant U.S. Attorney
20                                          Attorney for Plaintiff

21

22
   **IT IS SO ORDERED.**
23
   DATED: February 27, 2007
24

25

26

27   FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE

28

2