McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2793

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. NO. S-006-107 FCD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | CONTINUE HEARING AND BRIEFING |
| ) | SCHEDULE |
| MELODI FAE HARRIS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Parties hereby stipulate to the following:

1.  This matter is presently set for hearing on May 29, 2007, for defendant's motion to suppress evidence and statements.

2.  The parties are requesting that the hearing and briefing schedule be continued as follows: Government response due July 2, 2007, defendant's reply due, if any, due July 16, 2007, with the hearing on the motion on August 6, 2007, at 10:00 a.m.

3.  The reasons for the request are that the undersigned attorney for the Government had been preparing for trial in <u>United States v. Klassy</u>, which was scheduled to begin before Judge England on May 16, 2007. That trail was recently continued. The undersigned attorney for the government is now preparing for trial in <u>United States v. Lorenzana</u>, before Judge Garcia, scheduled to

begin June 4, 2007.  In addition, the case agent has been unavailable for the past two weeks to answer questions and assist in the preparation of the response.

    4.   The defendant is not in custody.

    5.   If the above briefing schedule is approved by the Court, it is requested that the hearing presently set for May 29, 2007, be vacated.

Dated: May 11, 2007        /s/ Matthew Stegman
                              MATTHEW STEGMAN
                              Assistant U.S. Attorney

Dated: May 11, 2007        /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Attorney for Defendant
                              Melodi Fae Harris

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing set for May 29, 2007, be vacated and that the case be set for hearing on August 6, 2007, at 10:00 a.m.  The following briefing schedule is ordered:  government opposition due July 2, 2007; and defendant's reply, if any, due July 16, 2007.

Dated: May 15, 2007

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE