DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. 2:06-cr-0107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER CONTINUING** |
| ) | **TRIAL CONFIRMATION AND TRIAL** |
| ) | **DATES; EXCLUSION OF TIME** |
| MELODI FAE HARRIS, ) | |
| ) | Trial Date: February 5, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current jury trial date of December 4, 2007 be continued to February 5, 2008 at 9:00 a.m., and that the current trial confirmation hearing of November 5, 2007 be continued to January 14, 2008 at 10:00 a.m.

　　　This continuance is requested because the parties will be meeting to discuss a possible deferred prosecution in this case.  The defense needs time to prepare materials for the government, and the government needs additional time to decide if it will refer this case for deferred

prosecution. Additionally, if the case is not resolved, both parties will need additional time to prepare for trial.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 5, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:  October 26, 2007               Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ RACHELLE BARBOUR
                                       RACHELLE BARBOUR
                                       Assistant Federal Defender


                                       McGREGOR SCOTT
                                       United States Attorney


DATED: October 26, 2007                /s/ RACHELLE BARBOUR for
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


**IT IS SO ORDERED.**

DATED: October 26, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE