```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELODI FAE HARRIS,<br><br>Defendant. | NO. 2:06-cr-0107-FCD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND TRIAL DATES; EXCLUSION OF TIME**<br><br>Date:  April 28, 2008<br>Time:  10::00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current trial confirmation hearing of January 14, 2008 be continued to April 28, 2008 at 10:00 a.m., and that the current jury trial of February 5, 2008 be continued to May 20, 2008 at 9:00 a.m.

This continuance is requested because Ms. Harris has recently had brain surgery and has been recommended by her surgeon for further brain surgery. The parties request additional time to monitor her medical situation and determine if there are any competency issues after the

surgeries are completed.  Should Ms. Harris be medically able, the parties anticipate they will be able to set an earlier trial date.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through May 20, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel), and § 3161(h)(4) and Local Code N (period of physical inability to stand trial).

DATED:   January 11, 2008                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ RACHELLE BARBOUR
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender


DATED: January 11, 2008                  McGREGOR SCOTT
                                         United States Attorney



                                         /s/ RACHELLE BARBOUR for
                                         MATTHEW STEGMAN
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff



**IT IS SO ORDERED.**

DATED: January 11, 2008

                                         _____
                                         FRANK C. DAMRELL, JR.
                                         UNITED STATES DISTRICT JUDGE