1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>MELODI FAE HARRIS,<br>　　　　　Defendant. | NO. 2:06-cr-0107-FCD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND TRIAL DATES; EXCLUSION OF TIME**<br><br>Date: July 14, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current trial confirmation hearing of April 28, 2008 be continued to July 14, 2008 at 10:00 a.m., and that the current jury trial of May 20, 2008 be continued to August 19, 2008 at 9:00 a.m.

   This continuance is requested because of the trial schedules of both counsel, and so that defense counsel has adequate time to prepare for trial.  The defense continues to investigate and prepare for trial.

   Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 14, 2008, should

1  be excluded in computing the time within which trial must commence
2  under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)
3  (8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:   April 22, 2008                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender


                                           /s/ RACHELLE BARBOUR
                                           RACHELLE BARBOUR
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MELODI HARRIS

DATED: April 22, 2008                      McGREGOR SCOTT
                                           United States Attorney


                                           /s/ RACHELLE BARBOUR for
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff


**IT IS SO ORDERED.**

DATED: April 23, 2008


_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE