DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>MELODI FAE HARRIS,<br><br>         Defendant. | NO. CR.S-06-0107-FCD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND TRIAL DATES; EXCLUSION OF TIME**<br><br>Trial Date:  October 7, 2008<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current trial confirmation hearing of July 14, 2008 be continued to September 15, 2008 at 10:00 a.m., and that the current jury trial of August 19, 2008 be continued to October 7, 2008 at 9:00 a.m.

This continuance is requested because of the trial schedules of both counsel, and so that defense counsel has adequate time to prepare for trial.  The defense continues to investigate and prepare for trial.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through October 7, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:   July 8, 2008                              Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                   Federal Defender


                                                   /s/ RACHELLE BARBOUR
                                                   RACHELLE BARBOUR
                                                   Assistant Federal Defender
                                                   Attorney for Defendant
                                                   MELODI HARRIS

DATED: July 8, 2008                                McGREGOR SCOTT
                                                   United States Attorney


                                                   /s/ RACHELLE BARBOUR for
                                                   MATTHEW STEGMAN
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**   Time is excluded in the interests of justice pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, and § 3161(h)(4) and Local Code N.

DATED: July 8, 2008

                                                   _____
                                                   FRANK C. DAMRELL, JR.
                                                   UNITED STATES DISTRICT JUDGE