```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MELODI FAE HARRIS,<br><br>               Defendant.<br>_____ | NO. CR.S-06-107-FCD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND TRIAL DATES; EXCLUSION OF TIME**<br><br>Trial Date:  March 17, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current trial confirmation hearing of September 16, 2008 at 10:00 a.m. be continued to February 17, 2009 at 10:00 a.m., and that the current jury trial of October 7, 2008 at 9:00 a.m. be continued to March 17, 2009 at 9:00 a.m.

    This continuance is requested because Ms. Harris has again undergone brain surgery and needs additional time for follow-up surgery and recovery.  Based on the trial schedules of both counsel and the Court, it is anticipated that March 17, 2009 is the soonest opportunity

to go to trial after Ms. Harris has recovered and is able to stand trial.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through March 17, 2009, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(4) and (h)(8)(B)(iv) and Local Codes N (physical inability to stand trial) and T4 (preparation and continuity of counsel).

DATED:   September 9, 2008                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender


                                              /s/ RACHELLE BARBOUR
                                              RACHELLE BARBOUR
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              MELODI HARRIS

DATED: September 9, 2008                      McGREGOR SCOTT
                                              United States Attorney


                                              /s/ RACHELLE BARBOUR for
                                              MATTHEW STEGMAN
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: September 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE