DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>                              )<br>                              )<br>MELODI FAE HARRIS,            )<br>                              )<br>            Defendant.        )<br>_____) | NO. CR.S-06-107-FCD<br><br>**STIPULATION AND ORDER CONTINUING TRIAL CONFIRMATION AND TRIAL DATES; EXCLUSION OF TIME**<br><br>Jury Trial Date: Sept. 29, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current trial confirmation hearing of March 2, 2009 at 10:00 a.m. be continued to August 31, 2009 at 10:00 a.m., and that the current jury trial of March 31, 2009 at 9:00 a.m. be continued to September 29, 2009 at 9:00 a.m.

   This continuance is requested because of the schedule of the Court, defense counsel, and the government.  Defense counsel has several jury trials set in the interim time and will be preparing for those, as well as for Ms. Harris' trial.  In addition, defense counsel

has recently received a copy of Ms. Harris' computer hard drive and will be conducting a forensic examination of it.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through September 29, 2009, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §3161(h)(4) and (h)(8)(B)(iv) and Local Codes N (physical inability to stand trial) and T4 (preparation and continuity of counsel).

DATED:   February 24, 2009                Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender


                                          /s/ RACHELLE BARBOUR
                                          RACHELLE BARBOUR
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          MELODI HARRIS

DATED: February 24, 2009                  McGREGOR SCOTT
                                          United States Attorney


                                          /s/ RACHELLE BARBOUR for
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: February 24, 2009

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

2