```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MELODI FAE HARRIS
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,    ) NO. CR-S-06-107 FCD
                                )
12              Plaintiff,      )
                                ) ORDER TO ADD PRETRIAL RELEASE
13      v.                      ) CONDITION
                                )
14 MELODI FAE HARRIS,           )
                                ) Judge: Edmund F. Brennan
15              Defendant.      )
                                )
16 _____)
```

17      Pretrial Services wishes to have defendant Melodi Harris
18 participate in counseling.  The pretrial services officer has requested
19 that defense counsel submit this proposed order to the Court so that
20 the following condition can be added as a condition of pretrial
21 release:
22      The defendant shall participate in a program of psychiatric
23 treatment, including treatment for drugs or alcohol dependency, as
24 approved by Pretrial Services.
25 //
26 //
27
28

| | |
|---|---|
| 1 | The defense concurs with this request.  Defense counsel has left a message notifying AUSA Matthew Stegman of this request. |

Dated: March 10, 2009  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
MELODI FAE HARRIS

**O R D E R**

**IT IS SO ORDERED**.

Dated: March 11, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE