```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MELODI FAE HARRIS,<br><br>   Defendant.<br>_____ | NO. CR.S-06-0107-FCD<br><br>**STIPULATION AND ORDER**<br><br>Jury Trial Date: Sept. 29, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Frank C. Damrell |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the current trial confirmation hearing of August 31, 2009 at 10:00 a.m. be continued one week to September 8, 2009 at 10:00 a.m.  This is to enable the parties to ensure that the trial will go forward on September 29, 2009 as scheduled.

//

//

//

//

1  Time has already been excluded until the trial date under the
2  Speedy Trial Act.
3
4  DATED:   August 27, 2009                Respectfully submitted,
5                                          DANIEL J. BRODERICK
                                           Federal Defender
6
7                                          /s/ RACHELLE BARBOUR
                                           RACHELLE BARBOUR
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          MELODI HARRIS

10 DATED: August 27, 2009                  LAWRENCE G. BROWN
                                           United States Attorney
11
12
                                           /s/ RACHELLE BARBOUR for
13                                         MATTHEW STEGMAN
                                           Assistant U.S. Attorney
14                                         Attorney for Plaintiff
15
16                           **O R D E R**
17     **IT IS SO ORDERED.**
18
   DATED: August 28, 2009
19
20
21                         _____
                           FRANK C. DAMRELL, JR.
22                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

                                    2