1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER** |
| ) | |
| ) | Status Conf.: November 30, 2009 |
| MELODI FAE HARRIS, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell Jr. |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference on the status of Ms. Harris' competency evaluation be continued from Monday, November 2, 2009 to Monday, November 30, 2009 at 10:00 a.m.  The parties are waiting for a medical competency report.

   //

The parties ask that time be excluded under 18 U.S.C. § 3161(h)(1)(A) (delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.)

DATED:   October 29, 2009                    Respectfully submitted,

                                             DANIEL J. BRODERICK
                                             Federal Defender

                                             /s/ RACHELLE BARBOUR
                                             RACHELLE BARBOUR
                                             Assistant Federal Defender
                                             Attorney for Defendant
                                             MELODI HARRIS

DATED: October 29, 2009                      LAWRENCE G. BROWN
                                             United States Attorney

                                             /s/ RACHELLE BARBOUR for
                                             MATTHEW STEGMAN
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 29, 2009

                                             _____
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE

2