DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MELODI FAE HARRIS,<br><br>                Defendant. | NO. CR.S-06-107-FCD<br><br>**STIPULATION AND ORDER**<br><br>Status Conf.: December 14, 2009<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference on the status of Ms. Harris' competency evaluation be continued from Monday, November 30, 2009, to Monday, December 14, 2009, at 10:00 a.m.  The parties are waiting for a medical competency report.

//

The parties ask that time be excluded under 18 U.S.C. § 3161(h)(1)(A) (delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.)

DATED: November 20, 2009                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender


                                            /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MELODI HARRIS

DATED: November 20, 2009                    BEN WAGNER
                                            United States Attorney


                                            /s/ RACHELLE BARBOUR for
                                            MATTHEW STEGMAN
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: November 23, 2009

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE

2