DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-06-107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION AND ORDER** |
| ) | |
| ) | Status Conf.: January 19, 2010 |
| MELODI FAE HARRIS, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference on the status of Ms. Harris' competency evaluation be continued from Monday, December 14, 2009, to Monday, January 19, 2010, at 10:00 a.m.  The parties are waiting for a medical competency report and arranging a second competency evaluation.

///

///

The parties ask that time be excluded under 18 U.S.C. § 3161(h)(1)(A) (delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.)

DATED:   December 10, 2009                    Respectfully submitted,

                                              DANIEL J. BRODERICK
                                              Federal Defender


                                              /s/ RACHELLE BARBOUR
                                              RACHELLE BARBOUR
                                              Research and Writing Attorney
                                              Attorney for Defendant
                                              MELODI HARRIS

DATED: December 10, 2009                      BEN WAGNER
                                              United States Attorney


                                              /s/ RACHELLE BARBOUR for
                                              MATTHEW STEGMAN
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: December 11, 2009

                                              _____
                                              FRANK C. DAMRELL, JR.
                                              UNITED STATES DISTRICT JUDGE

2