DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MELODI FAE HARRIS,<br><br>                Defendant. | NO. CR.S-06-107-FCD<br><br>**ORDER DIRECTING HOSPITALIZATION OF DEFENDANT FOR TREATMENT PURSUANT TO 18 U.S.C. § 4241(d)** |

On the issue of the competency of defendant Melodi Fae Harris to stand trial pursuant to the standards set forth in 18 U.S.C. § 4241(a), the defendant, through her attorney, Rachelle Barbour, and the United States through AUSA Matthew Stegman have submitted the issue on the competency evaluation performed by Psychologist Christopher Heard and waive further hearing.

Based on the finding of the competency evaluator that Ms. Harris is incompetent to proceed to trial, and the parties' joint submission of this matter on the report, this Court finds that reasonable cause exists to believe that Ms. Harris is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that

she is unable to assist properly in her defense, and thus, that she is not mentally competent at this time to further address the criminal charges against her or to stand trial concerning those charges.

Therefore, pursuant to 18 U.S.C. § 4241(d), Ms. Harris is committed to the custody of the Attorney General for treatment in a suitable facility for a period not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future Ms. Harris will attain the capacity to permit the proceedings to go forward.

DATED: January 25, 2010

FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE