DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR. S-06-107-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION AND ORDER** |
| | ) | |
| | ) | Date: June 1, 2010 |
| MELODI FAE HARRIS, | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference on the status of Ms. Harris' competency be continued from Monday, May 24, 2010, to Tuesday, June 1, 2010, at 10:00 a.m.  The parties have received the competency evaluation from the Bureau of Prisons, but Ms. Harris has not yet been returned to Sacramento for her competency hearing.

//

The parties ask that time be excluded under 18 U.S.C. § 3161(h)(1)(A) (delay resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant.)

DATED:   May 21, 2010               Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ RACHELLE BARBOUR
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant
                                    MELODI HARRIS

DATED: May 21, 2010                 BEN WAGNER
                                    United States Attorney


                                    /s/ RACHELLE BARBOUR for
                                    MATTHEW STEGMAN
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: May 21, 2010

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

2