DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 ) | NO. CR. S-06-107-FCD |
| Plaintiff,   )<br>                                 )<br>    v.                           )<br>                                 ) | **STIPULATION AND ORDER** |
|                                 )<br> MELODI FAE HARRIS,              )<br>                                 )<br>        Defendant.               )<br> _____) | Date: June 28, 2010<br>Time:  10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, that the status conference on the status of Ms. Harris' competency be continued from Tuesday, June 1, 2010, to Monday, June 28, 2010, at 10:00 a.m.  The parties have received the competency evaluation from the Bureau of Prisons, but Ms. Harris has not yet been returned to Sacramento for her competency hearing.

//

1  The parties ask that time be excluded under 18 U.S.C. §
2  3161(h)(1)(A) (delay resulting from any proceeding, including any
3  examinations, to determine the mental competency or physical capacity
4  of the defendant.)

5  DATED:   May 27, 2010                    Respectfully submitted,

6                                           DANIEL J. BRODERICK
                                            Federal Defender
7

8                                           /s/ RACHELLE BARBOUR
                                            RACHELLE BARBOUR
9                                           Research and Writing Attorney
                                            Attorney for Defendant
10                                          MELODI HARRIS

11 DATED: May 27, 2010                      BEN WAGNER
                                            United States Attorney
12

13                                          /s/ RACHELLE BARBOUR for
                                            MATTHEW STEGMAN
14                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
15

16
                           **O R D E R**
17
    **IT IS SO ORDERED.**
18

19 DATED: May 27, 2010

20                                          _____
                                            FRANK C. DAMRELL, JR.
21                                          UNITED STATES DISTRICT JUDGE

2