FILED
June 18, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_Mc_

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No.  2:06-cr-107 FCD
         Plaintiff,                 )
                                    )
v.                                  )   ORDER FOR RELEASE
                                    )   OF PERSON IN CUSTODY
MELODI HARRIS,                      )
                                    )
         Defendant.                 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Melodi Harris; Case 2:06-cr-107 FCD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $25,000

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial conditions/supervision;

Issued at Sacramento, CA on 6/18/2010 at 3:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge