DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-06-107-FCD |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| | ) | |
| MELODI FAE HARRIS, | ) | New TCH Date:  August 2, 2010 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) | |


        IT IS HEREBY STIPULATED by and between the parties through their

respective counsel, MATTHEW STEGMAN, Assistant United States Attorney,

for the government, and RACHELLE BARBOUR, Esq., of the Federal

Defender's Office, for Ms. HARRIS, that the trial confirmation hearing

set for July 26, 2010 be rescheduled to Monday, August 2, 2010, at

10:00 a.m.

/ / /

/ / /

The continuance of the TCH is requested because Assistant United States Attorney, Matthew Stegman will be out of town on the week of July 26, 2010.  No exclusion of time is necessary as time has already been excluded until the trial date.

DATED: July 20, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Research and Writing Attorney
                                        Attorney for Defendant
                                        MELODI HARRIS

DATED: July 20, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ RACHELLE BARBOUR for
                                        MATTHEW STEGMAN
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


## O R D E R

**IT IS SO ORDERED.**

DATED:  July 20, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2