```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar#214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-06-107-FCD |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | New Trial Date:  October 6, 2010 |
| MELODI FAE HARRIS, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MATTHEW STEGMAN and JARED DOLAN, Assistant United States Attorneys, for the government, RACHELLE BARBOUR, Research and Writing Specialist and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the court trial set for August 24, 2010, be rescheduled to Wednesday, October 6, 2010, at 9:00 a.m.

   This continuance is requested because defense counsel Rachelle Barbour has become unavailable due to a family medical emergency that requires her absence from the office during the week of August 23 through August 27, 2010.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new trial date of October 6, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: August 23, 2010                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ RACHELLE BARBOUR
                                          RACHELLE BARBOUR
                                          Research and Writing Attorney

                                          /s/ RACHELLE BARBOUR
                                          BENJAMIN GALLOWAY
                                          Assistant Federal Defender

                                          Attorneys for Defendant
                                          MELODI HARRIS

DATED: August 23, 2010                    BENJAMIN B. WAGNER
                                          United States Attorney


                                          /s/ RACHELLE BARBOUR for
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

                                          /s/ RACHELLE BARBOUR for
                                          JARED DOLAN
                                          Assistant U.S. Attorney

                                          Attorneys for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: August 23, 2010                    _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

2