DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar#214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR. S-06-107-FCD |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | New Trial Date: March 22, 2011 |
| ) | New TCH: February 22, 2011 |
| MELODI FAE HARRIS, ) | New Motion Hearing: Nov. 8, 2010 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| _____ ) | |

 IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MATTHEW STEGMAN and JARED DOLAN, Assistant United States Attorneys, for the government, RACHELLE BARBOUR, Research and Writing Specialist and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the court trial set for October 6, 2010, be vacated and a trial confirmation hearing be set for February 22, 2011 at 10:00 a.m., and a jury trial be set for Wednesday, March 22, 2011, at 9:00 a.m.  It is also stipulated by all parties that the motion to dismiss hearing set for October 4, 2010 be rescheduled for November 8, 2010, at 10:00 a.m.

 The Motion to Dismiss has already been filed.  The parties agree that the government's opposition be due on October 18, 2010, and the

defense reply be due on November 1, 2010.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new jury trial date of March 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and pursuant to § 3161(h)(1)(D) and Local Code E, because of the pendency of the pretrial motion.

DATED: September 28, 2010        Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Research and Writing Attorney

                                 /s/ BEN GALLOWAY
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender

                                 Attorneys for Defendant
                                 MELODI HARRIS

DATED: September 28, 2010        BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ RACHELLE BARBOUR for
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney

                                 /s/ RACHELLE BARBOUR for
                                 JARED DOLAN
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE