```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar#214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR. S-06-107-FCD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| | ) | New Motion Hearing: Jan. 24, 2011 |
| MELODI FAE HARRIS, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Frank C. Damrell Jr. |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MATTHEW STEGMAN and JARED DOLAN, Assistant United States Attorneys, for the government, RACHELLE BARBOUR, Research and Writing Specialist and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the motion to dismiss hearing set for November 8, 2010 be rescheduled for January 24, 2011, at 10:00 a.m.  The reason for the continuance is that the controlling case in the Ninth Circuit is not yet final.  The continuance of the motion hearing date will not affect the previously-set trial and TCH dates.

   The Motion to Dismiss has already been filed.  The parties agree that defense reply will now be due on January 18, 2011.  The parties

further stipulate that time should continue to be excluded from the speedy trial calculation under the Speedy Trial Act through the jury trial date of March 22, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and pursuant to § 3161(h)(1)(D) and Local Code E, because of the pendency of the pretrial motion.

DATED: November 2, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ RACHELLE BARBOUR
RACHELLE BARBOUR
Research and Writing Attorney

/s/ BEN GALLOWAY
BENJAMIN GALLOWAY
Assistant Federal Defender

Attorneys for Defendant
MELODI HARRIS

DATED: November 2, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ RACHELLE BARBOUR for
MATTHEW STEGMAN
Assistant U.S. Attorney

/s/ RACHELLE BARBOUR for
JARED DOLAN
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: November 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE