```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar #214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,   )<br>  )<br>     v.                     )<br>  )<br>  )<br>MELODI FAE HARRIS,          )<br>  )<br>          Defendant.        )<br>_____ ) | NO. CR. S-06-107-FCD<br><br>STIPULATION AND ORDER<br><br><br>Date: February 3, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorneys, for the government, and RACHELLE BARBOUR, Research and Writing Specialist and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the currently set dates for motion hearing, TCH, and jury trial in front of Judge Damrell be vacated, and that a status conference be placed on the calendar of Judge Mueller for February 3, 2011. The parties have been informed that the case is being transferred to Judge Mueller.

The Motion to Dismiss has already been filed. The Ninth Circuit case on point is not yet final, and the parties anticipate that they will wait for finality before proceeding to a hearing on the motion.

Time has already been excluded through the previously set trial date of March 22, 2011, and the parties stipulate that it continue to be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and pursuant to § 3161(h)(1)(D) and Local Code E, because of the pendency of the pretrial motion.

DATED: January 18, 2011                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ RACHELLE BARBOUR
                                       RACHELLE BARBOUR
                                       Research and Writing Attorney

                                       /s/ BEN GALLOWAY
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender

                                       Attorneys for Defendant
                                       MELODI HARRIS

DATED: January 18, 2011                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ RACHELLE BARBOUR for
                                       MATTHEW STEGMAN
                                       Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: January 18, 2011

                                       _____
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE

2