DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar#214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 2:06-cr-00107 KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| | ) | Date:  March 31, 2011 |
| MELODI FAE HARRIS, | ) | Time:  10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, for the government, RACHELLE BARBOUR, Research and Writing Attorney and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the status conference of February 3, 2011 be vacated, and that the following dates be set:

    Reply to Motion to Dismiss . . . . . . . . . . . . March 24, 2011
    Motion to Dismiss Hearing  . . . . . March 31, 2011, at 10:00 a.m.
    Trial Confirmation Hearing . . . . . April 21, 2011 at 10:00 a.m.
    Jury Trial . . . . . . . . . . . . . . . May 16, 2011, at 9:00 a.m.

The parties further stipulate that time should continue to be excluded from the speedy trial calculation under the Speedy Trial Act

through the jury trial date of May 16, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and pursuant to § 3161(h)(1)(D) and Local Code E, because of the pendency of the pretrial motion.

DATED: February 1, 2011                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ RACHELLE BARBOUR
                                           RACHELLE BARBOUR
                                           Research and Writing Attorney

                                           /s/ BEN GALLOWAY
                                           BENJAMIN GALLOWAY
                                           Assistant Federal Defender

                                           Attorneys for Defendant
                                           MELODI HARRIS

DATED: February 1, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney


                                           /s/ RACHELLE BARBOUR for
                                           MATTHEW STEGMAN
                                           Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: February 3, 2011.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

2