```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar #214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:06-cr-00107-KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| ) | Date: March 31, 2011 |
| MELODI FAE HARRIS, ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, for the government, RACHELLE BARBOUR, Research and Writing Attorney and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the hearing date of March 31, 2011, the TCH of April 21, 2011, and the jury trial date of May 16, 2011 be vacated, and that the following dates be set:

    Reply to Motion to Dismiss . . . . . . . . . . . . . . July 28, 2011
    Motion to Dismiss Hearing  . . . . . August 4, 2011, at 10:00 a.m.
    Trial Confirmation Hearing . . . . August 25, 2011 at 10:00 a.m.
    Jury Trial . . . . . . . . . . . September 12, 2011, at 9:00 a.m.
    The parties further stipulate that time should continue to be

excluded from the speedy trial calculation under the Speedy Trial Act through the jury trial date of September 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial, and pursuant to § 3161(h)(1)(D) and Local Code E, because of the pendency of the pretrial motion.

The reason for the continuance is that the Ninth Circuit has not yet ruled on the pending petition for review in United States v. Havelock, 619 F.3d 1091, C.A. No. 08-10472 (9th Cir. 2010).  That case will likely be dispositive regarding a majority of counts in this case, and therefore will control the disposition of the pending motion to dismiss.  Havelock also changes the landscape of this case for trial.  It will be extremely difficult and time-consuming to proceed to trial without finality regarding Havelock, and could result in substantial inefficiency and duplication of time and effort.  Accordingly, the parties request that all the pending dates be continued to determine the final result in Havelock.

DATED: March 25, 2011            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ RACHELLE BARBOUR
                                 RACHELLE BARBOUR
                                 Research and Writing Attorney

                                 /s/ BEN GALLOWAY
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender

                                 Attorneys for Defendant
                                 MELODI HARRIS

2

```
DATED: February 1, 2011              BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ RACHELLE BARBOUR for
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney


                              O R D E R
     IT IS SO ORDERED.

DATED: March 28, 2011.
```

_____
UNITED STATES DISTRICT JUDGE

3