DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
BENJAMIN GALLOWAY, Bar #214997
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MELODI FAE HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 2:06-cr-00107-KJM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AMENDED STIPULATION AND ORDER |
| | ) | |
| | ) | |
| | ) | Date: August 4, 2011 |
| MELODI FAE HARRIS, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JARED DOLAN, Assistant United States Attorney, for the government, RACHELLE BARBOUR, Research and Writing Attorney and BENJAMIN GALLOWAY, Assistant Federal Defender of the Federal Defender's Office, for Ms. HARRIS, that the hearing date of August 4, 2011, the TCH of August 25, 2011, and the jury trial date of September 12, 2011 be vacated, and that the following dates be set:

    Reply to Motion to Dismiss . . . . . . . . . . September 22, 2011
    Motion to Dismiss Hearing . . . September 29, 2011, at 10:00 a.m.
    Trial Confirmation Hearing . . . . October 13, 2011 at 10:00 a.m.
    Jury Trial . . . . . . . . . . . . November 7, 2011, at 9:00 a.m.

    The parties further stipulate that time should continue to be

1  excluded from the speedy trial calculation under the Speedy Trial Act
2  through the jury trial date of November 7, 2011, pursuant to 18 U.S.C.
3  § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because
4  the interests of justice served by granting this continuance
5  outweigh the interests of the defendant and the public in a speedy
6  trial, and pursuant to § 3161(h)(1)(D) and Local Code E, because of the
7  pendency of the pretrial motion.

8      The reason for the continuance is that the Ninth Circuit has not
9  yet ruled en banc in United States v. Havelock, 619 F.3d 1091, C.A. No.
10 08-10472 (9th Cir. 2010).  That case was argued before the en banc panel
11 on June 21, 2011.  The resolution in that case will likely be
12 dispositive regarding a majority of counts in this case, and therefore
13 will control the disposition of the pending motion to dismiss.
14 Havelock also changes the landscape of this case for trial.  It will be
15 extremely difficult and time-consuming to proceed to trial without
16 finality regarding Havelock, and could result in substantial
17 //
18 //

inefficiency and duplication of time and effort.  Accordingly, the parties request that all the pending dates be continued to determine the final result in Havelock.

DATED: July 29, 2011                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Research and Writing Attorney

                                        /s/ BEN GALLOWAY
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender

                                        Attorneys for Defendant
                                        MELODI HARRIS

DATED: July 29, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ RACHELLE BARBOUR for
                                        JARED DOLAN
                                        Assistant U.S. Attorney

## O R D E R

**IT IS SO ORDERED.**  The interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  See 18 U.S.C. § 3161(h)(1)(D) and Local Code E.

DATED:  August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE

3