```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MELODI FAE HARRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-06-107 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REMOVING PRETRIAL RELEASE CONDITION |
| MELODI FAE HARRIS, | |
| Defendant. | Judge: Kendall J. Newman |

Pretrial Services wishes to remove Ms. Harris' counseling condition. The pretrial services officer has requested that defense counsel submit this stipulation and proposed order to the Court so that the condition may be struck. The parties stipulate that the Court may remove the counseling condition. Ms. Harris has consistently attended counseling pursuant to the condition. It is the opinion of the

///
///
///
///
///

counselor and the pretrial services officer that Ms. Harris is no longer benefitting from counseling.

Dated: August 10, 2011                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Rachelle Barbour*
_____
RACHELLE BARBOUR
Attorney for Defendant
MELODI FAE HARRIS

BENJAMIN B. WAGNER
United States Attorney


_____
JARED DOLAN
Assistant United States Attorney


## [proposed] O R D E R

The Court hereby strikes the counseling condition from Ms. Harris' terms of pretrial release.  All other conditions remain in effect.

DATED:  August 10, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE