1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   NIRAV K. DESAI
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  CR. S-06-00107 KJM

12                  Plaintiff,           **PLAINTIFF UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS FIVE, SIX, AND SEVEN OF THE SUPERSEDING INDICTMENT; ORDER**
13        v.

14 MELODI FAE HARRIS,                    **Date: November 5, 2012**
                                         **Time: 9:00 a.m.**
15                  Defendant.           **Judge: Hon. Kimberly J. Mueller**

16

17        TO THE COURT, DEFENDANT, AND THE DEFENDANT'S ATTORNEYS OF RECORD:

18        Plaintiff United States of America ("government"), by and through its counsel of record, hereby

19 provides notice that it will and hereby does move to dismiss Counts Five, Six, and Seven of the

20 Superseding Indictment pursuant to Federal Rule of Criminal Procedure 48(a).

21

22 Dated: November 1, 2012              BENJAMIN B. WAGNER
                                        United States Attorney
23

24                                       /s/ Nirav K. Desai
                                        NIRAV K. DESAI
25                                      R. STEVEN LAPHAM
                                        Assistant United States Attorneys
26

27

28

Pl.'s Mot. To Dismiss & Order                1
United States v. Harris, No. Cr. S-06-00107 KJM

**ORDER**

Upon motion by plaintiff United States of America, it is HEREBY ORDERED that Counts Five, Six, and Seven of the Superseding Indictment filed in this case are dismissed as to defendant pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

Dated: November 2, 2012.

_____
UNITED STATES DISTRICT JUDGE