DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MELODI HARRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MELODI HARRIS,<br><br>        Defendant. | CR.S. 06-107-KJM<br><br>**REQUEST TO RELEASE PASSPORT**<br><br>Judge: KIMBERLY J. MUELLER |

On April 3, 2006, Ms. Harris deposited her passport (receipt #057120690) with this Court as a condition of her release on bond. On November 13, 2012, Ms. Harris was found not guilty on all four counts in the Superceding Indictment in a jury trial before Judge Kimberly J. Mueller. The defense requests that Ms. Harris' passport be released to the Federal Defenders Office, which will return the passport to Ms. Harris.

/ / /

/ / /

/ / /

A proposed order follows for the Court's convenience.

Dated:  November 13, 2012

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Rachelle Barbour
                                  _____
                                  RACHELLE BARBOUR
                                  Research & Writing Attorney
                                  Attorney for MELODI HARRIS

### **O R D E R**

The Clerk of the Court for the Eastern District of California is ordered to release Ms. Harris' passport (receipt #057120690) to the Federal Defenders Office, located at 801 I Street, 3rd Floor, Sacramento, CA 95814.

Dated: November 14, 2012.

_____
UNITED STATES DISTRICT JUDGE

2